**07 CV 10719**

Philip H. Gottfried (PG6278)
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, New York  10016
(212) 336-8000
Attorneys for Plaintiff

**JUDGE CASTEL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

PETER FISH & CO. PTY. LTD and
PETER FISH (HK), LTD.,

          Plaintiffs,

    v.

STEVE WALTERSCHEID, PETER CUMMINGS
and ZING TOYS, INC.,

          Defendants.

- - - - - - - - - - - - - - - - - - - x

Civil Action No.:

[Stamp: NOV 30 2007 U.S.D.C. S.D.N.Y. CASHIERS]

**Rule 7.1 Statement**

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs Peter Fish & Co. Pty. Ltd. and Peter Fish (UK) Ltd. certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held:

          **NONE**

          AMSTER, ROTHSTEIN & EBENSTEIN LLP
          Attorneys for Plaintiffs
          90 Park Avenue
          New York, NY  10016
          212-336-8000 (main)
          212-336-8001 (facsimile)

Dated: November 30, 2007    By: /s/ Philip H. Gottfried
                                                 Philip H. Gottfried (PG 6278)

385859.1