**AMSTER ROTHSTEIN & EBENSTEIN** LLP

*Intellectual Property Law*

90 Park Avenue
New York NY 10016

Main  212 336 8000
Fax   212 336 8001
Web   www.arelaw.com

*Partners*
Morton Amster
Jesse Rothstein (1934-2003)
Daniel Ebenstein
Philip H. Gottfried
Michael J. Berger
Neil M. Zipkin
Anthony F. Lo Cicero
Kenneth P. George
Abraham Kasdan, Ph.D.
Ira E. Silfin
Chester Rothstein
Craig J. Arnold

Kenneth M. Bernstein
Joseph M. Casino
Michael V. Solomita

*Senior Counsel*
Charles R. Macedo
John S. Economou
Marion P. Metelski

*Associates*
Patrick Boland*
Holly Pekowsky
Michael P. Kenney

Max Vern
Brian A. Comack
Richard S. Mandaro
Marc J. Jason
David Mitnick
Charles W. Rath
David A. Boag
Matthieu Hausig
Jung S. Hahm
Reiko Kaji
Alan D. Miller, Ph.D.
Norajean McCaffrey
Benjamin M. Halpern*

Matthew A. Fox
Michael J. Kasdan
Rebecca R. Eisenberg
Jason M. Rockman
Stuart Shapley
Howard Wizenfeld
Steven B. Gauthier
Peter R. Vogel
Brett M. Pinkus*

*Not admitted in New York*

Via Federal Express

December 17, 2007

**MEMO ENDORSED**

Philip H. Gottfried
Direct 212 336 8040
E-mail pgottfried@arelaw.com

Honorable P. Kevin Castel
United States Courthouse
Court Clerk's Office
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/18/07

Re: Peter Fish & Co. Pty. Ltd. and
Peter Fish (HK) Ltd. v.
Steve Walterscheid, Peter Cummings and Zing
Civil Action No. 07 CV 10719 (KPC)
Our File: 34325/11

Dear Judge Castel:

We represent the Plaintiffs in the captioned matter and write to request a 30-day extension of time to comply with Your Honor's Order scheduling an Initial Pretrial Conference in the captioned matter.

Your Honor ordered the scheduling of an Initial Pretrial Conference for January 25, 2008. We respectfully request a 30-day adjournment of that conference to February 25, 2008, or at a date convenient for the Court. No previous requests for adjournment have been made.

The Defendants have not been notified of the Order scheduling an Initial Pretrial Conference for the reasons stated below. We request an extension of time to February 8, 2008 to advise them of the (hopefully) adjourned Initial Pretrial Conference date.

Our clients, the Plaintiffs in this matter, have been attempting to reach an accommodation with Defendants regarding the subject matter of this litigation, not only in the U.S., but throughout the world. Several attempts at engaging in settlement negotiations have thus far been unsuccessful. Such attempts are continuing. While the captioned litigation was filed, no attempt has been made at present to serve any of the

387037.1

Honorable P. Kevin Castel   -2-   December 17, 2007

Defendants. It is hoped by Plaintiffs that it will not be necessary to serve Defendants with process and that the controversy can be resolved without the need to involve the Court. The Plaintiffs are concerned that if we notify the Defendants about the Initial Pretrial Conference, it will impede continuing efforts at settlement.

Accordingly, the Court's indulgence is requested, and it is respectfully suggested that settlement efforts are more likely to be successful if the within request is granted, than if it is not granted.

Respectfully submitted,

AMSTER, ROTHSTEIN & EBENSTEIN LLP
Attorneys for Plaintiffs

Philip H. Gottfried

PHG/djl

cc:   Peter Fish &Co. Pty. Ltd. (via e-mail)
      Peter Fish (HK) Ltd. (via e-mail)

*[Handwritten note: Initial Conference adjourned from February 29 to June 25, 2008 at 9:30 a.m. SO ORDERED. 12-18-07]*

387037.1