# AMSTER ROTHSTEIN & EBENSTEIN LLP

*Intellectual Property Law*

90 Park Avenue
New York NY 10016

Main  212 336 8000
Fax   212 336 8001
Web   www.arelaw.com

| Partners | Kenneth M. Bernstein | Max Vern | Matthew A. Fox |
|---|---|---|---|
| Morton Amster | Joseph M. Casino | Brian A. Comack | Michael J. Kasdan |
| Jesse Rothstein (1934-2003) | Michael V. Solomita | Richard S. Mandaro | Rebecca R. Eisenberg |
| Daniel Ebenstein |  | Marc J. Jason | Jason M. Rockman |
| Philip H. Gottfried | *Senior Counsel* | David Mitnick | Stuart Shapley |
| Michael J. Berger | Charles R. Macedo | Charles W. Rath | Howard Wizenfeld |
| Neil M. Zipkin | John S. Economou | David A. Boag | Steven B. Gauthier |
| Anthony F. Lo Cicero | Marion P. Metelski | Matthieu Hausig | Peter R. Vogel |
| Kenneth P. George |  | Jung S. Hahm | Brett M. Pinkus* |
| Abraham Kasdan, Ph.D. | *Associates* | Reiko Kaji |  |
| Ira E. Silfin | Patrick Boland* | Alan D. Miller, Ph.D. |  |
| Chester Rothstein | Holly Pekowsky | Norajean McCaffrey |  |
| Craig J. Arnold | Michael P. Kenney | Benjamin M. Halpern* | *Not admitted in New York |

**MEMO ENDORSED**

<u>Via Federal Express</u>

February 19, 2008

Honorable P. Kevin Castel
United States Courthouse
Court Clerk's Office
500 Pearl Street
New York, NY 10007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-20-08

Philip H. Gottfried
Direct 212 336 8040
E-mail gottfried@arelaw.com

FEB 20 2008

  Re: Peter Fish & Co. Pty. Ltd. and
     Peter Fish (HK) Ltd. v.
     Steve Walterscheid, Peter Cummings and Zing Toys, Inc.
     Civil Action No. 07 CV 10719 (KPC)
     Our File: 34325/11

Dear Judge Castel:

    We represent the plaintiffs in the captioned matter and write to request a second 30-day adjournment of Your Honor's scheduling an Initial Pretrial Conference in the captioned matter. One prior 30-day adjournment was granted.

    By Your Honor's Order of December 18, 2007, pursuant to the request of the undersigned, you adjourned the Initial Pretrial Conference in this matter from January 25 to February 29, 2008 at 9:30 a.m. We now respectfully request a second 30-day adjournment of that Conference to March 28, 2008 or at a date convenient for the Court.

    On January 24, 2008 on behalf of plaintiffs, we sent a Federal Express letter to an attorney in Yardley, Pennsylvania who had previously corresponded with us on behalf of defendants with respect to a cease and desist letter we had sent to defendants concerning the subject matter of the captioned litigation. We accompanied that letter with three copies of the Amended Complaint in this matter, three copies of Your Honor's individual rules and your memo-endorsed Order of December 18, 2007, as well as three copies of Your Honor's Initial Order scheduling the pretrial conference. We also sent three copies of a Waiver Of Summons form and three self-addressed, stamped

390529.1

Honorable P. Kevin Castel -2- February 19, 2008

envelopes inquiring about whether the attorney in Pennsylvania was authorized to accept service on behalf of defendants. We have received no response.

On February 17, 2008 the individual defendants Mr. Steve Walterscheid and Mr. Peter Cummings and the corporate defendant were personally served with a copy of the Summons and Complaint, Your Honor's individual rules, your initial Pre-trial Conference Order and your memo-endorsed adjournment of the pre-trial conference to February 29, 2008 at a trade show they were attending at the Jacob Javits Center in New York City.

Our clients, the plaintiffs in this matter, still remain hopeful that accommodation with defendants regarding the subject matter of this litigation can be reached. In the event that does not occur, the within request for a second 30-day adjournment of the scheduled Pretrial Conference will permit defendants sufficient time to engage local counsel, provide the Court with its requested joint letter which is due five business days prior to the rescheduled Initial Pretrial Conference and to confer with the undersigned on a Case Management Plan to be presented to the Court at such conference.

It is respectfully requested that the within request be granted.

Respectfully submitted,

AMSTER, ROTHSTEIN & EBENSTEIN LLP
Attorneys for Plaintiffs

Philip H. Gottfried

PHG/bap/djl

cc: Peter Fish &Co. Pty. Ltd. (via e-mail)
    Peter Fish (HK) Ltd. (via e-mail)
    Mr. Steve Walterscheid (via fax to Bend, Oregon)
    Mr. Peter Cummings (via fax to Bend, Oregon)
    Zing Toys, Inc. (via fax to Bend, Oregon)

390529.1