Philip H. Gottfried (PG6278)
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, New York  10016
(212) 336-8000
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - -x
PETER FISH & CO. PTY. LTD. and
PETER FISH (HK) LTD.,

                Plaintiffs,

        v.

STEVE WALTERSCHEID, PETER CUMMINGS
AND ZING TOYS, INC.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - -x

Civil Action No. 07 CV 10719 (PKC)

ECF Case

**AFFIRMATION OF SERVICE**
**OF SUMMONS AND COMPLAINT**

STATE OF NEW YORK:
                ss:
COUNTY OF NEW YORK:

    RICHARD CONTE declares and says as follows:

    1.    I am an Investigator employed by Counter-Tech Investigations, Inc. of 53 E. 34th Street, New York, New York 10016, over the age of 18 and not a party to the captioned Action.

    2.    On February 17, 2008, at approximately 11:00 a.m. at the Javits Center located at 655 W. 34th Street, New York, New York, on behalf of the above identified (Booth 1871)

390947.1

plaintiffs, I served Mr. __PeTeR Cummings__ on behalf of himself personally and as an officer of Zing Toys, Inc., with two copies of the following:

(a) A Summons in the captioned matter issued by the United States District Court for the Southern District of New York;

(b) An Amended Complaint in the captioned matter which has been filed with the Southern District Court;

(c) The individual practices of Judge P. Kevin Castell and those of Magistrate Judge Eaton, to whom the case has been assigned;

(d) Judge Castell's Order scheduling an initial pretrial conference for January 25, 2008 at 10:30 a.m. at Courtroom 12C at the United States Courthouse, 500 Pearl Street, New York, New York;

(e) Memo endorsement by Judge Castell of December 18, 2007 on a letter from Philip H. Gottfried, Esq., attorney for plaintiffs dated December 17, 2007, adjourning the initial conference to February 29, 2008 at 9:30 ;

(f) A letter dated February 17, 2008 from Philip H. Gottfried, Esq., attorney for plaintiffs;

(g) A proposed draft letter to Judge Castel from Philip H. Gottfried, Esq. with an indication that defendants were to suggest insertions.

3. The individual described above was wearing a tag with his name and is described as a Caucasian male, approximately __5'9"__ tall, having __BLOND__ hair and __Blue__ color eyes, and approximately __42__ years of age.

4. I handed the above identified individual two envelopes each containing the above documents.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February __17__, 2008
New York, New York

_Richard Conte_
RICHARD CONTE, Investigator
Counter-Tech Investigations, Inc.
53 E. 34th Street
New York, New York 10016
(212) 683-3465