Philip H. Gottfried (PG6278)
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, New York 10016
(212) 336-8000
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| PETER FISH & CO. PTY. LTD. and PETER FISH (HK) LTD., | |
| Plaintiffs, | Civil Action No. 07 CV 10719 (PKC) |
| v. | ECF Case |
| STEVE WALTERSCHEID, PETER CUMMINGS AND ZING TOYS, INC., | **AFFIRMATION OF SERVICE OF SUMMONS AND COMPLAINT** |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - -x

STATE OF NEW YORK:
                    ss:
COUNTY OF NEW YORK:

NANCY MUNNO declares and says as follows:

1. I am an Investigator employed by Counter-Tech Investigations, Inc. of 53 E. 34th Street, New York, New York 10016, over the age of 18 and not a party to the captioned Action.

2. On February 17, 2008, at approximately _11:804_ m. at the Javits Center located at 655 W. 34th Street, New York, New York, on behalf of the above identified (Booth #1871)

390945.1

plaintiffs, I served Mr. _S. Walterscheid_ on behalf of himself personally and as an officer of Zing Toys, Inc., with two copies of the following:

(a) A Summons in the captioned matter issued by the United States District Court for the Southern District of New York;

(b) An Amended Complaint in the captioned matter which has been filed with the Southern District Court;

(c) The individual practices of Judge P. Kevin Castell and those of Magistrate Judge Eaton, to whom the case has been assigned;

(d) Judge Castell's Order scheduling an initial pretrial conference for January 25, 2008 at 10:30 a.m. at Courtroom 12C at the United States Courthouse, 500 Pearl Street, New York, New York;

(e) Memo endorsement by Judge Castell of December 18, 2007 on a letter from Philip H. Gottfried, Esq., attorney for plaintiffs dated December 17, 2007, adjourning the initial conference to February 29, 2008 at 9:30 ;

(f) A letter dated February 17, 2008 from Philip H. Gottfried, Esq., attorney for plaintiffs;

(g) A proposed draft letter to Judge Castel from Philip H. Gottfried, Esq. with an indication that defendants were to suggest insertions.

3.  The individual described above was wearing a tag with his name and is described as a Caucasian male, approximately __6'3"__ tall, having __DK Brown__ hair and __Blue__ color eyes, and approximately __45__ years of age.

4.  I handed the above identified individual two envelopes each containing the above documents.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February __17__, 2008
New York, New York

_Nancy Munno_
NANCY MUNNO, Investigator
Counter-Tech Investigations, Inc.
53 E. 34th Street
New York, New York 10016
(212) 683-3465