# AMSTER ROTHSTEIN & EBENSTEIN LLP

*Intellectual Property Law*

90 Park Avenue
New York NY 10016

Main  212 336 8000
Fax   212 336 8001
Web   www.arelaw.com

**Partners**
Morton Amster
Jesse Rothstein (1934-2003)
Daniel Ebenstein
Philip H. Gottfried
Michael J. Berger
Neil M. Zipkin
Anthony F. Lo Cicero
Kenneth P. George
Abraham Kasdan, Ph.D.
Ira E. Silfin
Chester Rothstein
Craig J. Arnold

Kenneth M. Bernstein
Joseph M. Casino
Michael V. Solomita
Charles R. Macedo

*Senior Counsel*
John S. Economou
Marion P. Metelski
Alan D. Miller, Ph.D.

*Associates*
Patrick Boland*
Holly Pekowsky

Michael P. Kenney
Max Vern
Brian A. Comack
Richard S. Mandaro
Marc J. Jason
David Mignick
Charles W. Rath
David A. Boag
Matthew Hausig
Jung S. Hahm
Reiko Kaji
Norajean McCaffrey
Benjamin M. Halpern*

Matthew A. Fox
Michael J. Kasdan
Rebecca Eisenberg
Stuart Shapley
Howard Wizenfeld
Steven B. Gauthier
Brett M. Pinkus*
Benjamin Charkow

* Not admitted in New York

## MEMO ENDORSED

Via Facsimile

March 24, 2008

Honorable P. Kevin Castel
United States Courthouse
Court Clerk's Office
500 Pearl Street
New York, NY 10007

Philip H. Gottfried
Direct 212 336 8040
E-mail pgottfried@arelaw.com


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08

Re: Peter Fish & Co. Pty. Ltd. and
Peter Fish (HK) Ltd. v.
Steve Walterscheid, Peter Cummings and Zing Toys, Inc.
Civil Action No. 07 CV 10719 (KPC)
Our File: 34325/11

Dear Judge Castel:

We represent the Plaintiffs in the captioned litigation and write to request a 30-day extension of time to arrange to serve the individual defendants.

On Friday, March 21, 2008, Oregon counsel for defendants requested, *inter alia*, until April 10, 2008 to file a responsive pleading and a 30-day extension of the pretrial conference which is set for March 28, 2008 at 9:30 a.m. We did not and do not object to those requests.

The corporate defendant has been served and there is discussion about service upon the individual defendants and some uncertainty about when the 120-day time limit for such service expires. Settlement discussions are still ongoing among the parties.

394096.1

Honorable P. Kevin Castel     -2-     March 24, 2008

       On behalf of plaintiffs, we request a 30-day extension of time to and including April 23, 2008 to serve the individual defendants, in the event that no settlement among the parties is reached. Defendants' attorneys have indicated that they have no objection to the within request.

                                 Respectfully submitted,

                                 AMSTER, ROTHSTEIN & EBENSTEIN LLP
                                 Attorneys for Plaintiffs

                                 Philip H. Gottfried

PHG/djl

cc:     Lisanne M. Butterfield, Esq. (via facsimile)
       Kenneth S. Feldman, Esq. (via facsimile)
       Peter Fish &Co. Pty. Ltd. (via e-mail)
       Peter Fish (HK) Ltd. (via e-mail)

*[Handwritten annotation: Application granted. SO ORDERED. /s/ Castel, USDJ 3-24-08]*

394096.1