# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of New York

Index Number: 07 CV 10719 (PKC)                                    Date Filed: _____

**Plaintiff:**
**PETER FISH & CO. PTY. LTD, ET AL**

vs.

**Defendant:**
**ETEVE WALTERSCHEID, ET AL**

For:
Peter Gottfried
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
21st Floor
New York, NY 10016

Received by Free Lance Investigations to be served on **ZING TOYS INC. C/O JOHN T CARR, CARR & SCHWARTZ LLC, 155 B AVENUE, SUITE 240, LAKE OSWEGO, OR 97034**.

I, Wayne Savage, being duly sworn, depose and say that on the **17th day of March, 2008** at **3:09 pm**, I:

SERVED the within named by delivering the **SUMMONS AND AMENDED COMPLAINT** personally and in person at the above address to AMY PRATT, PARALEGAL TO JOHN T CARR, who is a person who is apparently in charge of the office and authorized to accept service for the above subject.

I am a competent person over 18 years of age and a resident of the State of Oregon. I am not a party to nor an officer, director or employee of, nor attorney for any party. The entity served is the same entity named in the action.

OFFICIAL SEAL
RODGER E BAUGHMAN
NOTARY PUBLIC-OREGON
COMMISSION NO. 402269
MY COMMISSION EXPIRES APR. 3, 2010

STATE OF OREGON
COUNTY OF Washington

Subscribed and Sworn to before me on the 19th day of March, 2008 by the affiant who is personally known to me.

_Rodger E. Baughman_
NOTARY PUBLIC FOR OREGON
My Commission Expires: 04-03-10

_Wayne Savage_
Process Server

Free Lance Investigations
& Process Serving
P.O. Box 1948
Hillsboro, OR 97123
(503) 547-8444
Our Job Serial Number: 2008001747
Ref: 34325/11

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2u

**ORIGINAL**