# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of New York

Index Number: 07 CV 10719 (PKC)                                    Date Filed: _____

Plaintiff:
**PETER FISH & CO. PTY. LTD, ET AL**

vs.

Defendant:
**STEVE WALTERSCHEID, ET AL**

For:
Peter Gottfried
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
21st Floor
New York, NY 10016

Received by Free Lance Investigations to be served on **PETER CUMMINGS, 45853 NW SELL ROAD, BANKS, OR 97106**.

I, J. Dees, being duly sworn, depose and say that on the **25th day of March, 2008** at **1:50 pm**, I:

**Substitute Served** by leaving a true copy of the **SUMMONS AND AMENDED COMPLAINT** at the above referenced address with a person who is 14 years of age or older and a member of the household of the person being served, to wit: STEVE WALTERSCHEID

I am a competent person over 18 years of age and a resident of the State of Oregon. I am not a party to nor an officer, director or employee of, nor attorney for any party. The entity served is the same entity named in the action.

OFFICIAL SEAL
BARBARA A BAUGHMAN
NOTARY PUBLIC-OREGON
COMMISSION NO. 423194
MY COMMISSION EXPIRES JAN. 18, 2012

STATE OF OREGON

COUNTY OF _Washington_

Subscribed and Sworn to before me on the 3rd day of April, 2008 by the affiant who is personally known to me.

_____
NOTARY PUBLIC FOR OREGON
My Commission Expires: _1-18-12_

J. Dees
Process Server

**Free Lance Investigations
& Process Serving**
P.O. Box 1948
Hillsboro, OR 97123
(503) 547-8444
Our Job Serial Number: 2008001748
Ref: 34325/11

ORIGINAL