# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New York

Index Number: 07 CV 10719 (PKC)                                    Date Filed: _____

Plaintiff:
**PETER FISH & CO. PTY. LTD, ET AL**
vs.
Defendant:
**STEVE WALTERSCHEID, ET AL**

For: Peter Gottfried
    Amster, Rothstein & Ebenstein LLP

Received by Free Lance Investigations to be served on **STEVE WALTERSCHEID, 65996 TWIN BRIDGES ROAD, BEND, OR 97701**. I, _Vincent Salomoar_, do hereby affirm that on the _19th_ day of _March_, 20_08_ at _5:52_ m., executed service by delivering a true copy of the **SUMMONS AND AMENDED COMPLAINT** in accordance with state statutes in the manner marked below:

_X_ INDIVIDUAL SERVICE: Served the within-named person by personally delivering a true copy of the above writ(s) to the within named at the address listed.

____ SUBSTITUTE SERVICE: By delivering a true copy of the above writ(s) at defendant's dwelling dwelling house or usual place of abode noted above to a resident of the dwelling house who is at least 14 years of age, to-wit:
_____

____ OFFICE SERVICE - By leaving a true copy of the writ(s) at the office of the subject as the subject maintains an office for the conduct of business.  Said service was made during normal working hours with the person who is apparently in charge on _____ at _____ ____ m by leaving the document with _____.

____ MAIL TENANT - By leaving a true copy of the writ(s) with _____the person in charge, as entity is a tenant of a mail agent pursuant to ORCP 7 D(3)(a)(iv).

_____ SUB MAIL - On _____, I mailed a true copy of the documents and proof of service to the above named person at the address noted above by first class postage paid pursuant to ORCP 7.

____ NON SERVICE: For the reason detailed in the Comments below.

I hereby delcare under penalty of perjury under the laws of the state of service that the foregoing is true and correct.

**COMMENTS:** _____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER # _____
Appointed in accordance
  with State Statutes

**Free Lance Investigations
& Process Serving
P.O. Box 1948
Hillsboro, OR  97123
(503) 547-8444**
Our Job Serial Number: 2008001746

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2u

