UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

PETER FISH & Co Pty Ltd,

                Plaintiff(s),

-against-

WALTERSCHEID, Cummins

                Defendant(s).

------------------------------------------------------------x

        USDS SDNY
        DOCUMENT
        ELECTRONICALLY FILED
        DOC #: _____
        DATE FILED: 4-18-08

07 Civ. 10719 (PKC)

ORDER

P. KEVIN CASTEL, District Judge:

        As a result of a Pre-Trial Conference held before this Court today, the following is ORDERED:

        1.  By ~~April 25~~ ~~May~~ (May 2) 2008 the ~~plaintiff(s)~~ defendant(s) ~~parties~~ shall _submit a letter laying out grounds for section 1404(a) transfer of venue and lack of personal jurisdiction_

        2.  By May 16 2008, the plaintiff(s) ~~defendant(s)~~ ~~parties~~ shall _respond._

3. By May 23, defendants may reply.

4. Date for face to face meeting with principals to be fixed to Chambers in a joint letter by May 19.

5.

6. The next conference in this matter will be held on May 30, 2008 at 4 pm.

/s/ P. Kevin Castel
P. Kevin Castel
United States District Judge

Dated: New York, New York
April 18, 2008