UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

PETER FISH & CO. PTY. LTD. and
PETER FISH (HK) LTD.,

            Plaintiffs,           07-CV-10719 (PKC)

v.                        MOTION TO ADMIT COUNSEL
                                                       PRO HAC VICE
STEVE WALTERSCHEID, PETER CUMMINGS,
and ZING TOYS, INC.

            Defendants.
_____/

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kenneth S. Feldman, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | Lisanne M. Butterfield, Esq. |
| Firm Name: | Carr Schwartz Butterfield, LLP |
| Address: | 155 B Avenue, Suite 240 |
| City/State/Zipcode: | Lake Oswego, OR 97034 |
| Telephone: | (503) 635-5244 |
| Facsimile: | (503) 635-2955 |
| e-mail Address: | lbutterfield@csb-llc.com |
| SSN ending in: | 6628 |

LISANNE BUTTERFIELD is a member in good standing of the Bar of the State of Oregon. There are no pending disciplinary proceedings against Lisanne M. Butterfield in any State or federal court.

Dated: April 30, 2008
New York, New York

                        Respectfully submitted,

                        _____
                        Kenneth S. Feldman
                        SDNY Bar No.: KF 6003
                        Feldman Law Group, P.C.
                        12 East 41st Street, New York, NY 10017
                        Telephone: 212-532-8585
                        Fax: 212-532-8598

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

PETER FISH & CO, LTD and
PETER FISH (HK) LTD.,

        Plaintiff,

v.

STEVE WALTERSCHEID, PETER CUMMINGS,
and ZING TOYS, INC.

        Defendants.
_____/

Case No.: 07-CV-10719 (PKC)

AFFIDAVIT OF
KENNETH S. FELDMAN
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

KENNETH S. FELDMAN, being duly sworn, hereby deposes and says as follows:

1. I am counsel for the Defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Lisanne Butterfield, as counsel *pro hac vice* to represent said Defendants in this matter.

2. I have been admitted to, and have been a member in good standing of the bar of the State of New York since January 11 of 1988.

3. I was also admitted to the bar of the United States District Court for the Southern District of New York on September 4, 1990, and am in good standing with this Court.

4. I have known Lisanne Butterfield since March of 2008.

5. Lisanne Butterfield. is an attorney practicing law in the State of Oregon under the firm Carr Schwartz Butterfield, LLP.

6. Lisanne Butterfield has been a member in good standing of the Oregon State Bar since September 27, 1991.

7. Upon information and belief, Lisanne Butterfield is a skilled attorney and a person of integrity. She is experienced in federal practice and is familiar with the Federal Rules of Procedure.

8. Accordingly, I am pleased to move the admission of Lisanne Butterfield, *pro hac vice*.

9. I respectfully submit a proposed order granting the admission of Lisanne Butterfield, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Lisanne Butterfield, *pro hac vice*, to represent Defendants in the above captioned matter, be granted.

Dated: April 30, 2008.
New York, New York
Notarized:

_____
STEPHEN E. FELDMAN
NOTARY PUBLIC, State of New York
No. 31-4612258
Qualified in New York County
Certificate Filed in Suffolk County
Commission Expires March 30, 19~~
October 31, 2010

Respectfully submitted,

_____
Kenneth S. Feldman
SDNY Bar Code: KF 1204

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

PETER FISH & CO. PTY. LTD and
PETER FISH (HK) LTD.

        Plaintiffs,

v.

STEVE WALTERSCHEID, PETER CUMMINGS,
and ZING TOYS, INC.

        Defendants.
_____/

ECF CASE

Case No.: 07-CV-10719 (PKC)

ORDER TO ADMIT COUNSEL
PRO HAC VICE
ON WRITTEN MOTION

      Upon the motion of sponsor KENNETH S. FELDMAN, attorney for above named Defendants, and said sponsor attorney's affidavit in support; IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant: | Lisanne Butterfield, Esq. |
| Firm Name: | Carr Schwartz Butterfield, LLP |
| Address: | 155 B Avenue, Suite 240 |
| City/State/Zipcode: | Lake Oswego, OR  97034 |
| Telephone: | (503) 635-5244 |
| Facsimile: | (503) 635-2955 |
| e-mail Address: | lbutterfield@csb-llc.com |
| SSN ending in: | 6628 |

is admitted to practice *pro hac vice* as counsel for Steve Walterscheid, Peter Cummings and Zing Toys, Inc., Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____, 2008.
New York, New York

                                              _____
                                              United States Magistrate Judge

```
                                                                      20933
STEPHEN E. FELDMAN, P.C.
                                                           1-103/210
                                            DATE  4/30/08
PAY
TO THE     Clerk of United States District Court    $ 25 00
ORDER OF
           TWENTY FIVE Dollars                           DOLLARS

Deutsche Bank Trust Company Americas
280 Park Avenue, New York, New York, 10017

FOR  Admission Lisenne Butterfield Pro Hac Vice                  MP

    ⑉020933⑉ ⑉021001033⑉ 20  ⑉4277219⑉
```



# Oregon State Bar

## CERTIFICATE

State of Oregon        )
                       ) ss.
County of Washington   )

I, Linn D. Davis, do hereby certify that I am an Assistant Disciplinary Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

### LISANNE M. BUTTERFIELD

was admitted to practice law in the State of Oregon by examination and became an active member of the Oregon State Bar on September 27, 1991.

There are no complaints, grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Ms. Butterfield is an active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 11th day of April, 2008.

Linn D. Davis
Assistant Disciplinary Counsel
Oregon State Bar

**FELDMAN LAW GROUP, P.C.**
PATENT, COPYRIGHT AND TRADEMARK LAW
12 EAST 41st STREET
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 532-8585
TELEFAX: (212) 532-8598
www.feldman-law.com

LONG ISLAND OFFICE
120 MAIN STREET (ROUTE 25A)
HUNTINGTON, NEW YORK 11743

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing MOTION TO ADMIT COUNSEL PRO HAC VICE (to Civil Case No. 07-CV-10719); AFFIDAVIT OF KENNETH S. FELDMAN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE; ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION; and CERTIFICATE OF GOOD STANDING OF LISANNE M. BUTTERFIELD was served via United States mail with postage thereon fully paid upon Plaintiffs' attorney of record, Phillip H. Gottfried, 90 Park Avenue, 21st Floor, New York, New York 10016, on this, the 30th day of April, 2008.

_/s/ Kenneth S. Feldman_
Kenneth S. Feldman

For Plaintiffs:
Phillip H. Gottfried, Esq.
Amster, Rothstein & Ebenstein, LLP
90 Park Avenue, 21st Floor
New York, New York 10016
(212) 336-8000

For Defendants:
FELDMAN LAW GROUP, P.C.
Kenneth S. Feldman (KF-6330)
12 East 41st St.
New York, NY 10017
212-532-8585
212-532-8598 (fax)