```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08
```

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

PETER FISH & CO. PTY. LTD and
PETER FISH (HK) LTD.

        Plaintiffs,

v.

STEVE WALTERSCHEID, PETER CUMMINGS,
and ZING TOYS, INC.

        Defendants.
_____/

ECF CASE

Case No.: 07-CV-10719 (PKC)

ORDER TO ADMIT COUNSEL
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of sponsor KENNETH S. FELDMAN, attorney for above named Defendants, and said sponsor attorney's affidavit in support; IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant: | Lisanne Butterfield, Esq. |
| Firm Name: | Carr Schwartz Butterfield, LLP |
| Address: | 155 B Avenue, Suite 240 |
| City/State/Zipcode: | Lake Oswego, OR 97034 |
| Telephone: | (503) 635-5244 |
| Facsimile: | (503) 635-2955 |
| e-mail Address: | lbutterfield@csb-llc.com |
| SSN ending in: | 6628 |

is admitted to practice *pro hac vice* as counsel for Steve Walterscheid, Peter Cummings and Zing Toys, Inc., Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: May 5, 2008.
New York, New York

_____
United States ~~Magistrate Judge~~ District Judge