## CARR SCHWARTZ BUTTERFIELD LLC
### ATTORNEYS AT LAW

LISANNE M. BUTTERFIELD
JOHN T. CARR*
TODD E. SCHWARTZ

STEPHANIE A. HASCALL, *Paralegal*
AMY PRATT, *Paralegal*
JENNIFER R. SALA-WOOD, *Legal Assistant*

LISA JOHNSTON-PORTER*
*Admitted in Oregon & Washington*

# MEMO ENDORSED

May 8, 2008

Via facsimile: (212) 805-7949 &
E-mail: *Andrew_D'Agostino@nysd.uscourts.gov*

Honorable P. Kevin Castel
United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08
```

Re: *Peter Fish & Co. Pty. Ltd. and Peter Fish (HK) Ltd. v. Steve Walterscheid, Peter Cummings and Zing Toys, Inc.*
Civil Action No. 07 CV 10719 (KPC)

Dear Judge Castel:

The parties in the above-referenced action jointly submit this letter to notify you of a pending settlement, which we hope and expect will make it unnecessary for the court's further investment of resources to resolve pending pretrial issues or any other issue currently in dispute and before this court in this action.

Pursuant to your honor's order dated April 18, 2008, the party-opponents (Messrs. Peter Fish, Steve Walterscheid, and Peter Cummings) met in Hong Kong this week for the deliberate purpose of negotiating settlement of their respective claims and defenses. At present, the parties are collaborating with their Hong Kong counsel to memorialize the final terms of settlement, and we remain optimistic that this matter will soon be settled-out-of-court.

We will keep you informed of any final settlement. We respectively request that you stay the outstanding dates on your court docket for 14 days. That should allow adequate time for the parties to agree on the final terms of settlement.

155 B AVENUE, SUITE 240  P.O. BOX 249  LAKE OSWEGO, OREGON 97034  TEL (503) 635-5244  FAX (503) 635-2955  WWW.CSB-LLC.COM

Honorable P. Kevin Castel
May 8, 2008
Page 2

We request that the Court agree to adjourn Plaintiffs' response to Defendants' letter of May 2, 2008 from May 16, 2008 to May 30, 2008; Defendants' reply, if any, from May 23, 2008 to June 6, 2008; and the further pre-trial conference from 4:00 p.m. May 30, 2008 to 4:00 p.m. June 13, 2008, or a different date or time at the Court's convenience.   OK

Respectfully submitted,

CARR SCHWARTZ BUTTERFIELD, LLC

Lisanne M. Butterfield (Admitted *pro hac vice*)

and

AMSTER ROTHSTEIN & EBENSTEIN LLP

Phil Gottfried (PG-6278)

cc: Phil Gottfried
    Ken Feldman

*[Handwritten note from judge: Application granted — conference adjourned from May 30, 2008 to June 13, 2008 at 4:00 pm. SO ORDERED. /s/ USDJ 5-12-08]*

155 B AVENUE, SUITE 240   P.O. BOX 249   LAKE OSWEGO, OREGON 97034   TEL (503) 635-5244   FAX (503) 635-2955   WWW.CSB-LLC.COM