# AMSTER ROTHSTEIN & EBENSTEIN LLP

*Intellectual Property Law*

90 Park Avenue
New York NY 10016

Main 212 336 8000
Fax  212 336 8001
Web  www.arelaw.com

| Partners | | | | |
|---|---|---|---|---|
| Morton Amster | Kenneth M. Bernstein | Max Vern | Michael J. Kasdan |
| Jesse Rothstein (1934-2003) | Joseph M. Casino | Brian A. Comack | Rebecca R. Eisenberg |
| Daniel Ebenstein | Michael V. Solomita | Richard S. Mandaro | Stuart Shapley |
| Philip H. Gottfried | Charles R. Macedo | Marc J. Jason | Howard Wizenfeld |
| Michael J. Berger | | David Mitnick | Steven B. Gauthier |
| Neil M. Zipkin | *Senior Counsel* | Charles W. Rath | Brett M. Pinkus* |
| Anthony F. Lo Cicero | John S. Economou | David A. Boag | Benjamin Charkow |
| Kenneth P. George | Marion P. Metelski | Matthieu Hausig | Jeffrey C. Shieh |
| Abraham Kasdan, Ph.D. | Alan D. Miller, Ph.D. | Jung S. Hahn | Mark Berkowitz |
| Ira E. Silfin | | Reiko Kaji | |
| Chester Rothstein | *Associates* | Norajean McCaffrey | |
| Craig J. Arnold | Patrick Boland* | Benjamin M. Halpern* | *Not admitted in New York |
|  | Holly Pekowsky | | |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/12/08

Via Facsimile

**MEMO ENDORSED**

June 11, 2008

Philip H. Gottfried
Direct 212 336 8040
E-mail pgottfried@arelaw.com

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Peter Fish & Co. Pty. Ltd. and
Peter Fish (HK) Ltd. v.
Steve Walterscheid, Peter Cummings and Zing Toys, Inc.
Civil Action No. 07 CV 10719 (KPC)
Our File: 34325/11

*[Handwritten endorsement: Conference adjourned from June 13 to July 18, 2008 at 12:15 pm. So ordered. USDJ 6-12-08]*

Dear Judge Castel:

We are writing on behalf of plaintiffs in the captioned matter to request a two-week adjournment to Friday, June 27, 2008 (or another date at the Court's convenience) of the pre-trial conference presently scheduled for 4:00 p.m. on Friday, June 13, 2008.

In our letter to the Court of May 30, 2008, we advised that the subject litigation had not been settled. Subsequently, it is our understanding that the parties involved in the caption action and the Hong Kong action have more than just reached "an agreement in principle." Our understanding is that settlement documents have been circulated for signature. We have attempted, thus far unsuccessfully, to obtain confirmation that all parties have signed the settlement documents.

Oregon counsel for the Defendants and I have discussed a joint request to adjourn Friday's conference before Your Honor, but I have not received agreement and so, having just received your courtroom Deputy Clerk's reminder about Friday's conference, I am requesting the two-week adjournment without such agreement of Defendants' counsel, although also without any objection of which I am aware.

401571.1

Honorable P. Kevin Castel        -2-        June 11, 2008

       If the matter has been settled, the parties anticipated providing a stipulated dismissal of the Complaint and Affirmative Defenses, with prejudice. The requested two-week adjournment should permit that to be presented or, in the alternative, should permit the parties to better prepare for a more productive pre-trial conference, if that is going to be required.

       A favorable response to this request is earnestly solicited.

             Respectfully submitted,

             AMSTER, ROTHSTEIN & EBENSTEIN LLP
             Attorneys for Plaintiffs

             Philip H. Gottfried

PHG/djl

cc:    Lisanne M. Butterfield, Esq. (via facsimile)
       Kenneth S. Feldman, Esq. (via facsimile)

401571.1