Philip H. Gottfried (PG6278)
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, New York 10016
(212) 336-8000
Attorneys for Plaintiffs

Kenneth S. Feldman (KF6003)
Feldman Law Group, P.C.
12 East 41st Street
New York, New York 10017
(212) 532-8585
Attorneys for Defendants

Lisanne M. Butterfield (LB6628)
Carr Schwartz Butterfield LLC
155 B Avenue, Suite 240
Lake Oswego, Oregon 97034
(503) 635-5244
Attorneys for Defendants



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

PETER FISH & CO. PTY. LTD. and
PETER FISH (HK) LTD.,

Plaintiffs,

v.

STEVE WALTERSCHEID, PETER CUMMINGS
AND ZING TOYS, INC.,

Defendants.

Civil Action No. 07 CV 10719 (PKC)

ECF Case

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---------------------------------x

The above-identified parties, pursuant to Rule 41(a)(1) Fed. R. Civ. P., through their undersigned counsel, hereby stipulate and agree to a dismissal with prejudice of the Amended Complaint and Affirmative Defenses.

399565.1

Dated: New York, NY
June 24, 2008

Respectfully submitted,

AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue, 21st Floor
New York, New York 10016
212-336-8000 (Tel)
212-336-8001 (Fax)
Attorneys for Plaintiff

_____
Philip H. Gottfried (PG 6278)


Dated: Lake Oswego, Oregon
June 19, 2008

CARR SCHWARTZ BUTTERFIELD LLC
155 B Avenue, Suite 240
Lake Oswego, Oregon 97034
503-635-5244 (Tel)
503-635-2955 (Fax)
Attorneys for Defendant

_____
Lisanne M. Butterfield (LB 6628)

**SO ORDERED:**

Dated: New York, NY
6-27, 2008

_____
U.S.D.J.

399565.1